**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JACQUEL PITTS,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**MOODY BIBLE INSTITUTE,**<br><br>Defendant. | Case No. 1:26-CV-07208<br><br>Complaint filed June 18, 2026 |
| **EVELYNA SEABOLT,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**MOODY BIBLE INSTITUTE,**<br><br>Defendant. | Case No. 1:26-cv-09317<br><br>Complaint filed August 4, 2026 |
| **LAUREN JUDGE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**MOODY BIBLE INSTITUTE,**<br><br>Defendant. | Case No. 1:26-cv-09394<br><br>Complaint filed August 5, 2026 |
| **CLARENCE WALKER III,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**THE MOODY BIBLE INSTITUTE OF CHICAGO,**<br><br>Defendant. | Case No. 1:26-cv-09481<br><br>Complaint filed August 7, 2026 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS**

The Court has reviewed Plaintiffs' Unopposed Motion to Consolidate Related Actions and Memorandum in Support submitted by Plaintiffs Jacquel Pitts, Evelyna Seabolt, Lauren Judge, and Clarence Walker III (the "Motion"), as well as the exhibits attached thereto, and has determined that consolidation of related actions in this proposed class action will promote judicial efficiency and orderly case management while avoiding unnecessary cost and delay.

Therefore, **IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1. Pursuant to Fed. R. Civ. P. 42(a), the Court hereby consolidates *Pitts v. Moody Bible Institute*, Case No. 1:26-cv-07208 ("*Pitts* Action") (filed June 18, 2026); (ii) *Seabolt v. Moody Bible Institute*, Case No. 1:26-cv-09317 ("*Seabolt* Action") (filed August 4, 2026); (iii) *Judge v. Moody Bible Institute*, Case No. 1:26-cv-09394 (filed August 5, 2026); and *Walker v. The Moody Bible Institute of Chicago*, Case No. 1:26-cv-09481 (filed August 7, 2026) (each a "Related Action" and together the "Consolidated Action"), under the lowest numbered action, Case No. 1:26-cv-07208, and with the new title "*In re Moody Bible Institute Data Security Incident Litigation*."

2. No further filings shall be made in Case Nos. 1:26-cv-09317, 1:26-cv-09394, 1:26-cv-09481, which shall be administratively closed. All pleadings therein maintain their legal relevance until the filing of the Consolidated Complaint. The Consolidated Complaint shall be filed within thirty (30) days from the entry of this Order. This Order shall apply to any subsequently filed putative class action alleging the same or substantially similar allegations.

3. All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

4. Plaintiffs shall file a Notice of Related Case whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If any party objects to such

consolidation or otherwise wishes to seek alternative relief, they shall do so within ten (10) calendar days. If the Court determines that the case is related, the clerk shall:

a. Place a copy of this Order in the separate docket for such action;

b. Serve on Plaintiff's counsel in the new case a copy of this Order;

c. Direct this Order to be served upon Defendant(s) in the new case; and

d. Make the appropriate entry on the Master Docket.

5. The Court shall enter a scheduling order for further pretrial proceedings as soon as is reasonably practicable.

6. Plaintiffs in the Consolidated Action shall file an operative Consolidated Complaint within thirty (30) days of the date this Order is filed. Defendant shall have thirty (30) days from the date on which Plaintiffs file the Consolidated Complaint to file a response thereto. In the event that Defendant's response is a motion to dismiss, Plaintiffs shall have thirty (30) days to file their opposition brief, and Defendant shall have twenty-one (21) days to file a reply brief.

It is hereby **ORDERED** that this Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

**IT IS SO ORDERED.**

Dated: September 1, 2026

United States District Judge
Franklin U. Valderrama